UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADAM S. LOVINGER,<br><br>            Plaintiff,<br><br>    v.<br><br>JAMES BAKER, Director, Office of Net Assessment, Department of Defense, et al.,<br><br>            Defendants. | Civil Action No. 22-3015 (JEB) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the voluntary dismissal of this action, with each party to bear its own fees and costs.

Dated: December 20, 2023

*/s/ Jerome M. Marcus*
Jerome M. Marcus, admitted pro hac vice
MARCUS & MARCUS LLC
P.O. Box 212
Merion Station, PA 19066
Voice: (610) 664-1184
Email: jmarcus@marcuslaw.us

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Defendants*